UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WON-YOUNG CHOI,<br><br>               Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>               Defendant. | CASE NO.    C08-5422KLS<br><br>ORDER TO SHOW CAUSE TO COMPLETE SERVICE OF COMPLAINT |

Plaintiff has filed a complaint in this Court seeking judicial review of the denial of his application for Social Security disability benefits. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976). This matter is before the Court on plaintiff's failure to serve the complaint. After reviewing the record, the Court hereby finds and orders as follows:

Plaintiff's complaint was accepted for filing by this Court on August 1, 2008, after having paid the filing fee. (Dkt. #5-#6). Because plaintiff paid the court filing fee, he is not proceeding *in forma pauperis* in this matter. Thus, he is responsible for serving the defendant named in his complaint as required by Federal Rules of Civil Procedure ("Fed. R. Civ. P.") 4 and Local Rule CR 4(c). In particular, service must be made within 120 days after filing of the complaint. Fed. R. Civ. P. 4(m). Failure to properly serve the summons and complaint within the above time frame may result in the dismissal of this case without

prejudice. Id. In addition, because plaintiff names a federal officer as defendant, he also must comply with the service requirements set forth in Fed. R. Civ. P. 4(i).

On August 21, 2008, the Clerk re-sent plaintiff copies of the summons to plaintiff, informing him that they were for him to use to effect service. As of December 2, 2008, however, more than 120 days after plaintiff had paid the filing fee, it appears from the record that the complaint still has not been served in accordance with the requirements of Fed. R. Civ. P. 4 and Local Rule CR 4(c). Thus, because service of the complaint is now overdue, plaintiff hereby is directed to complete service of the complaint as required by the above rules, and provide the Court with proof thereof, by **no later than January 11, 2009**. Plaintiff is warned that failure to comply with the Court's order may result in a recommendation that this matter be dismissed without prejudice for failure to prosecute.

The Clerk shall send a copy of this Order to counsel for plaintiff.

DATED this 11th day of December, 2008.

Karen L. Strombom
United States Magistrate Judge