IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| WON-YOUNG CHOI, | Civil No. 3:08-CV-5422-KLS |
|---|---|
| Plaintiff, | |
| vs. | ORDER AMENDING THE SCHEDULING ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the Defendant's Motion to extend the briefing schedule and the plaintiff having no opposition to an extension; it is hereby

ORDERED that the scheduling Order should be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before August 31, 2009;

- Plaintiff shall file the optional Reply Brief on or before September 14, 2009

DATED this 23rd day of July, 2009.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ KATHRYN A. MILLER    WSB # 21979
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone:  (206) 615-2240
FAX:  (206) 615-2531
kathryn.a.miller@ssa.gov